
**FILED**
Nov 14 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ margotn  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No. 17-cr-01028-BTM-8 |
|---|---|
| v. | **JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT AS TO THIS DEFENDANT ONLY** |
| PATRICK HEARD (D8), | |
| Defendant, | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above entitled case be dismissed without prejudice as to this Defendant only.

IT IS SO ORDERED.

DATED: 11/13/17 .

_____
The Honorable Barry Ted Moskowitz
Chief Judge
United States District Court